NATIONAL CELLULOSE CORPORATION, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 22256.)

Submitted May 22, 1944; decided June 8, 1944.

Motion by defendant-respondent and appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 438.)

ALEXANDER J. Ross, Appellant, *v.* FRANCIS PRESTON et al., as Administrators with the Will Annexed of the Estate of WILLIAM H. SCHMIDT, Deceased, Respondents.

Submitted May 22, 1944; decided June 8, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 433.)